Approved.
/s/ *Benita Y. Pearson* on 4/28/2023
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CERAMFAB, INC., CERAMSOURCE, INC., and WYG REFRACTORIES, LLC, <br><br> Plaintiffs, <br> v. <br><br> NORFOLK SOUTHERN CORPORATION, and NORFOLK SOUTHERN RAILWAY COMPANY, <br><br> Defendants. | Case No. 4:23-cv-00509 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Ceramfab, Inc., Ceramsource, Inc., and WYG Refractories, LLC, by and through counsel and pursuant Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby give notice that this cause is voluntarily dismissed by the Plaintiffs without prejudice.

This 28th day of April, 2023

Respectfully submitted,

*/s/ Jon. C. Conlin*
Jon C. Conlin
**CORY WATSON, P.C.**
2131 Magnolia Ave South
Birmingham, AL 35205
Phone: (205) 328-2200
Fax: (205) 324-7896
jconlin@corywatson.com

*Attorney for Plaintiffs*